**Order entered January 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01041-CR

**MICAL DANTRAL FORD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F08-72750-M**

## ORDER

On November 2, 2012, appellant's counsel John Tatum filed a motion to withdraw as counsel and an *Anders* brief in support of the motion. A copy of the motion and brief were delivered to appellant. In response, appellant filed a pro se motion to dismiss his appeal. Because the motion was not signed by counsel, the Court could not grant it. *See* Tex. R. App. P. 42.2(a). Therefore, on November 14, 2012, the Court sent Mr. Tatum a letter, with a copy of the motion included, directing Mr. Tatum to sign and return the copy of the motion to withdraw if he concurred in appellant's decision. The Court did not receive back the signed copy of the motion from Mr. Tatum. On November 29, 2012, appellant sent the Court a letter inquiring about the status of his motion to dismiss the appeal. On December 7, 2012, the Court sent Mr. Tatum a second copy of appellant's pro se motion to dismiss the appeal and again directed him to sign

and return the copy to the Court if he concurred in appellant's decision.  To date, we have not received back the copy of the motion to dismiss the appeal signed by appellant and Mr. Tatum, nor has Mr. Tatum communicated with the Court regarding appellant's motion to dismiss.

Accordingly, the Court **ORDERS** the trial court to make findings regarding whether appellant desires to pursue the appeal.  If appellant does not desire to pursue the appeal, the trial court shall make a finding to that effect.

We **ORDER** the trial court to transmit a supplemental record containing its written findings of fact, any supporting documentation, and any orders to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; John Tatum; and Michael Casillas.

We **ABATE** the appeal to allow the trial court to comply with this order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received.


/s/     DAVID W. EVANS
        JUSTICE